UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HON. JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| EMPIRE JEWELRY INC., | |
| Plaintiff, | Court No. 24-00127 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

## JOINT STATUS REPORT

On November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys are permitted to resume their usual civil litigation functions as of November 13, 2025.  Therefore, pursuant to the Court's October 31, 2025 Order, ECF No. 15, the parties have conferred and submit this joint status report and proposed scheduling order.  The lapse of appropriations extended approximately 43 days.  However, because undersigned counsel is handling close to 20 matters, all of which have due dates in the coming months, we are seeking an extension of the schedule for 30 days beyond the time of the lapse of appropriations, or 73 days.  Therefore, we propose the following amended schedule with respect to these outstanding matters:

1.      Any motions to amend the pleadings shall be filed on or before January 8, 2026;

2.      Any motions to join parties shall be filed on or before January 8, 2026;

3.      Any motions regarding the pleadings or other preliminary matters shall be filed on or before January 8, 2026;

4.      Discovery shall be completed on or before November 8, 2026;

1

a.    Interrogatories and document requests shall be served on or before February 17, 2026;

b.    Responses to interrogatories and document requests shall be served on or before May 18, 2026;

c.    Depositions of factual and 30(b)(6) witnesses shall be completed on or before July 18, 2026;

d.    If applicable, Plaintiff's expert report shall be exchanged with defendant on or before July 18, 2026;

e.    If applicable, Defendant's expert report shall be exchanged with plaintiff on or before September 19, 2026;

f.    Depositions of expert witnesses shall be completed on or before November 8, 2026:

5.    Any motions regarding discovery shall be filed on or before December 7, 2026;

6.    Dispositive motions, if any, shall be filed on or before January 18, 2027, and a brief in response to a dispositive motion may include a dispositive cross-motion;

7.    Any motion for oral argument shall be filed on or before May 15, 2027; and

8.    If no dispositive motions are filed, a request for trial, if any, accompanied by a proposed order governing preparation for trial, shall be filed on or before February 20, 2027.

Respectfully submitted,

By:     /s/ Maria A. Scungio

Maria A. Scungio
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Ste 21st Floor
New York, NY 10036-1525
(212) 720-9200
*Attorney for Plaintiff*

And

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:     /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Mathias Rabinovitch
MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-0484 or 9230
*Attorneys for Defendant*

Dated: November 21, 2025

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HON. JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| EMPIRE JEWELRY INC., | |
| Plaintiff, | Court No. 24-00127 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

### AMENDED SCHEDULING ORDER

Upon consideration of the Joint Status Report, and pursuant to U.S. Court of International

Trade Rules 6(b) and 7, it is:

**ORDERED** that:

1.     Any motions to amend the pleadings shall be filed on or before January 8, 2026;

2.     Any motions to join parties shall be filed on or before January 8, 2026;

3.     Any motions regarding the pleadings or other preliminary matters shall be filed on

or before January 8, 2026;

4.     Discovery shall be completed on or before November 8, 2026;

a.     Interrogatories and document requests shall be served on or before

February 17, 2026;

b.     Responses to interrogatories and document requests shall be served on or

before May 18, 2026;

c.     Depositions of factual and 30(b)(6) witnesses shall be completed on or

before July 18, 2026;

       d.       If applicable, Plaintiff's expert report shall be exchanged with defendant on or before July 18, 2026;

       e.       If applicable, Defendant's expert report shall be exchanged with plaintiff on or before September 19, 2026;

       f.       Depositions of expert witnesses shall be completed on or before November 8, 2026:

5.       Any motions regarding discovery shall be filed on or before December 7, 2026;

6.       Dispositive motions, if any, shall be filed on or before January 18, 2027, and a brief in response to a dispositive motion may include a dispositive cross-motion;

7.       Any motion for oral argument shall be filed on or before May 15, 2027; and

8.       If no dispositive motions are filed, a request for trial, if any, accompanied by a proposed order governing preparation for trial, shall be filed on or before February 20, 2027.

Pursuant to Rules 1 and 16 of the Rules of the United States Court of International Trade, the foregoing schedule is hereby made an order of the Court.

**SO ORDERED**.

_____
       Hon. Jennifer Choe-Groves, Judge

Dated:  This        day of            , 2025
       New York, New York